IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**BRUCE MAURICE WILLIAMS,**

    **Plaintiff,**

**v.**                        **Case No. 1:16cv364-MW/GRJ**

**ERIC SCOTT SOBEL, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 11. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's first amended complaint, ECF No. 9, is **DISMISSED**." The Clerk shall close the file.

**SO ORDERED on March 7, 2017.**

                                            **s/Mark E. Walker            ____**
                                            **United States District Judge**